The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERRY PICKENS, et al., )<br>  )<br>              Plaintiffs, )<br>  )<br> vs. )<br>  )<br> CITY OF ORTING, et al., )<br>  )<br>  )<br>              Defendants. )<br>  )<br>  )<br>  ) | No. 3:15-cv-05529-RBL<br><br>STIPULATION AND ORDER REGARDING CONFIDENTIAL INFORMATION FROM KING COUNTY |

## STIPULATION

The parties hereto, through their respective counsel, stipulate as follows:

1.   The parties to this litigation previously agreed to a protective order regarding "any nonparty current or former employee ("Employee Information") of Defendant City of Orting produced to Plaintiffs in this litigation." *Docket 29*. The agreed protection order was entered by the Court on June 9, 2016. *Docket 30*.

2.   Counsel for the City of Orting recently served a subpoena duces tecum on King County Sheriff's Detective Robert Burrows for documents related to Plaintiff Pickens, who previously applied for a position with the King County Sheriff's Office.

STIPULATION AND ORDER RE: CONFIDENTIAL
INFORMATION FROM KING COUNTY - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

3. In response to the subpoena, King County intends to produce documents including, but not limited to, the "background file" for Mr. Pickens. Such file contains confidential information regarding Mr. Pickens and his application process with King County.

4. The parties hereto agree that the "background file" regarding Mr. Pickens shall be protected in the same manner as the "Employee Information" defined above and shall be subject to the agreed protection order entered on June 9, 2016.

DATED this 12th day of September, 2016.

| BEVERLY GRANT LAW FIRM, P.S. | PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S. |
|---|---|
| By: */s/ Beverly Grant via Email Approval on 9/12/2016*<br>Beverly Grant, WSBA No. 8034<br>Attorney for Plaintiffs<br>3929 Bridgeport Way West, Ste. 208<br>University Place, WA  98464<br>Phone: (253) 252-5454<br>beverly@bevgrantlaw.com | By: */s/ Patricia K. Buchanan*<br>    */s/ Adam G. Cuff*<br>Patricia K. Buchanan, WSBA No.19892<br>Adam G. Cuff, WSBA No. 26439<br>Of Attorneys for Defendants<br>2112 Third Avenue, Suite 500<br>Seattle, WA  98121<br>Phone: (206) 462-6700<br>Fax: (206) 462-6701<br>pkb@pattersonbuchanan.com<br>agc@pattersonbuchanan.com |

## **ORDER**

THIS MATTER having come before the Court on the Parties' Stipulation regarding the confidentiality of information to be provided by King County, having reviewed the foregoing Stipulation and having been otherwise fully informed herein, hereby ORDERS:

1. The "background file" which will be produced by King County shall be protected in the same manner as the "Employee Information" defined in the agreed protection order entered on June 9, 2016.

STIPULATION AND ORDER RE: CONFIDENTIAL INFORMATION FROM KING COUNTY - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1      2.    The "background file" shall be subject to same terms and conditions set forth in the agreed protection order.

DATED this 13th day of September, 2016.

_____
Ronald B. Leighton
United States District Judge

Presented by:

PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.

By:*/s/ Patricia K. Buchanan*
   */s/ Adam G. Cuff*
Patricia K. Buchanan, WSBA No.19892
Adam G. Cuff, WSBA No. 26439
Of Attorneys for Defendants
2112 Third Avenue, Suite 500
Seattle, WA  98121
Phone: (206) 462-6700
Fax: (206) 462-6701
pkb@pattersonbuchanan.com
agc@pattersonbuchanan.com

Approved as to form:

BEVERLY GRANT LAW FIRM, P.S.

By: */s/ Beverly Grant via Email Approval on 9/12/2016*
Beverly Grant, WSBA No. 8034
Attorney for Plaintiffs
3929 Bridgeport Way West, Ste. 208
University Place, WA  98464
Phone: (253) 252-5454
beverly@bevgrantlaw.com

---

STIPULATION AND ORDER RE: CONFIDENTIAL INFORMATION FROM KING COUNTY - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819